**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
By: Gregory A. Lomax
　　Christopher L. Soriano
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003
Tel: (856) 874 4200
Fax: (856) 424 4446
glomax@duanemorris.com
csoriano@duanemorris.com
*Attorneys for Defendant, Cenlar Federal Savings Bank FSB*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOROTHY RHUE ALLEN, by her attorney in fact, James Martin, individually and as a class representative on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LASALLE BANK, N.A.; CENLAR FEDERAL SAVINGS BANK FSB; FEIN, SUCH, KAHN AND SHEPARD, PC; JOHN DOE SERVICERS 1-100 and JOHN DOE LAW FIRMS 1-100,<br><br>　　　　　　　　　　Defendants. | Case No. 3:08-cv-2240-AET-DEA<br><br>**STATEMENT IN LIEU OF FORMAL BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4) IN SUPPORT OF DEFENDANT CENLAR'S MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>Returnable: July 2, 2012 |

　　Defendant Cenlar Federal Savings Bank, FSB ("Cenlar") has moved for the entry of final judgment in its favor and against plaintiff, pursuant to Federal Rule of Civil Procedure 54(b). Cenlar respectfully submits that, pursuant to Local Civil Rule 7.1(d)(4), no brief is necessary in support of this motion because the facts that affect Cenlar, and the legal argument relied on by Cenlar, are identical to that which is contained in defendant LaSalle Bank, N.A.'s ("LaSalle") Memorandum of Law in Support of its Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b)(Document No. 71)("the Memorandum").

The only two counts maintained by plaintiff against Cenlar – Counts 10 and 11 – were also maintained against LaSalle, and also dismissed by this Court for the same reasons that those counts were dismissed against Cenlar. If the Court is inclined to grant LaSalle's motion for entry of final judgment, the same principles apply to Cenlar, and this Court should, therefore, enter the same final judgment in favor of Cenlar and against plaintiff.

In light of the fact that Cenlar's argument is identical to LaSalle's, rather than burden the record with an additional brief, Cenlar joins in LaSalle's motion, and adopts and incorporates by reference the arguments made by LaSalle in the Memorandum. Accordingly, Cenlar respectfully requests the entry of a final judgment in its favor, in accordance with Federal Rule of Civil Procedure 54(b).

Respectfully submitted,

DUANE MORRIS LLP
A Delaware Limited Liability Partnership

/s/ Gregory A. Lomax
Gregory A. Lomax
Christopher L. Soriano
1940 Route 70 East, Suite 200
Cherry Hill, NJ  08003
Tel:  (856) 874-4200
Fax:  (856) 424-4446
glomax@duanemorris.com
csoriano@duanemorris.com
*Attorneys for Defendant, Cenlar Federal Savings Bank FSB*

Dated:  June 4, 2012