# Connell Foley LLP
### ATTORNEYS AT LAW

85 Livingston Avenue
Roseland, NJ 07068-3702
(973) 535-0500
Fax: (973) 535-9217

**John A. Pindar** (1969)
**George W. Connell** (2005)
**Adrian M. Foley, Jr.**
**George J. Kenny***
**Kenneth F. Kunzman**
**Samuel D. Lord** (2012)
**Richard D. Catenacci**
**Richard J. Badolato***
**Peter D. Manahan**
**John B. Murray**
**Mark L. Fleder**
**Kevin J. Coakley**
**Thomas S. Cosma**
**Kathleen S. Murphy**
**Patrick J. McAuley**
**Peter J. Pizzi***[+]
**Kevin R. Gardner**
**Robert E. Ryan**
**Michael X. McBride***
**Jeffrey W. Moryan***
**Edward S. Wardell**
**Peter J. Smith***
**William P. Krauss**
**Brian G. Steller**
**Philip F. McGovern, Jr.**
**Karen Painter Randall**
**Liza M. Walsh**
**John P. Lacey***
**Michael J. Crowley-**
**Timothy E. Corriston***
**Patrick J. Hughes***[+]
**James C. McCann***
**John D. Cromie**

**Angela A. Iuso***
**William T. McGloin***
**Brendan Judge**
**Stephen A. Urban**
**Charles J. Harrington III**[+]
**Stephen V. Falanga***
**Tricia O'Reilly***
**Anthony F. Vitiello***[+]
**Marc D. Haefner**
**Jonathan P. McHenry**
**Brad D. Shalit***
**M. Trevor Lyons***
**Craig S. Demareski***
**W. Nevins McCann***
**Thomas J. O'Leary***
**Mitchell W. Taraschi**
**Michael A. Shadiack***
**Owen C. McCarthy***
**Patricia A. Lee***[+]
**Agnieszka Antonian***
**Michael Miceli**
**Christopher J. Tucci**[+]
**Neil V. Mody***
**Steve Barnett***
**Thomas M. Scuderi***
**Joseph M. Murphy***
**Nancy A. Skidmore***
**Christine S. Orlando**
**Jennifer C. Critchley***
**Patrick S. Brannigan***
**Christine I. Gannon***
**Andrew C. Sayles***
**William D. Deveau***

### Other Offices

Harborside Financial
Center
2510 Plaza Five
Jersey City, NJ 07311
(201) 521-1000
Fax: (201) 521-0100

1500 Market Street
12th Floor,
East Tower
Philadelphia, PA 19102
(215) 246-3403
Fax: (215) 665-5727

888 Seventh Avenue
9th Floor
New York, NY 10106
(212) 307-3700
Fax: (212) 262-0050

Liberty View
457 Haddonfield
Road, Suite 230
Cherry Hill, NJ 08002
(856) 317-7100
Fax: (856) 317-7117

The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762
(732) 449-1440
Fax: (732)449-0934

### Counsel
**John W. Bissell**
**Eugene J. Codey, Jr.**
**Francis J. Orlando**
**Francis E. Schiller***
**Eugene P. Squeo***
**Brian P. Morrissey-**
**Noel D. Humphreys***
**Anthony Romano II***

**Douglas J. Short***
**James M. Merendino**
**Michele T. Tantalla***
**Hector D. Ruiz***
**Robert A. Verdibello***
**Philip W. Allogramento III***
**Stephen D. Kessler**
**Christopher Abatemarco***
**Anthony J. Corino***
**Ingrid E. da Costa**
**Meghan Barrett Burke***
**Rukhsanah L. Singh***
**Brittany E. Miano***
**Stacie L. Powers***
**Nicole B. Dory***
**Michael Bojbasa-**
**Christopher M. Hemrick***
**Susan Kwiatkowski***
**Melissa D. Lopez**
**Andrew L. Baron***
**Jason D. Falk***
**Michael J. Shortt**[+]
**Victoria N. Manoushagian***
**Patrick J. Murphy, III***

**Karin I. Spalding***
**Jodi Anne Hudson***
**Richard A. Jagen**
**Jason E. Marx***
**Alexis E. Lazzara**
**Gail Goldfarb**
**Thomas Vecchio**[+]
**Daniel B. Kessler***

**Meghan K. Musso***
**Brendan W. Carroll***
**Eleonore Ofosu-Antwi***
**Edmund J. Caulfield***
**Sydney J. Darling***
**Jessica L. Palmer***
**Neil V. Shah***
**Stephen R. Turano***
**Steven A. Kroll***
**Robert M. DiPisa***
**Matthew A. Baker**[+]
**Michael J. Creegan***
**Thomas M. Blewitt, Jr.**[+]
**Brian S. Wolfson**
**Mary F. Hurley**
**Danielle M. Novak**[+]
**Katelyn O'Reilly**
**James E. Figliozzi-**
**Matthew D. Fielding***
**Melissa L. Hirsch**[+]
**Mariel L. Belanger***
**Nicholas W. Urciuoli**
**Kerry C. Donovan**
**Genevieve L. Horvath**

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York
Please Reply to Roseland, NJ

May 7, 2013

**VIA ELECTRONIC FILING**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fischer Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

      Re:    Dorothy Rhue Allen v. Lasalle Bank, et als.
             Case No.: 3:08-cv-02240-(AET/DEA)

Dear Judge Arpert:

      This firm represents Defendant Fein, Such, Kahn & Shepard, P.C., relevant to the above matter. This matter is presently scheduled for a settlement conference with Your Honor on May 15, 2013. Please be advised that I have yet to receive documentation concerning the attorney's fees claimed and incurred on behalf of Plaintiff relevant to this matter. I have requested this information on several occasions and have been clear that it is necessary in order to meaningfully discuss settlement in this matter. I emailed Mr. Adler yesterday afternoon regarding the absence of this information but have not received a response back.

2907017-01

The Honorable Douglas E. Arpert, U.S.M.J.
May 7, 2013
Page 2

      At this juncture, we remain interested in participating in the settlement conference but, even assuming the information is provided in the immediate future, I am unable to confirm that I will be able to process the information with my client and their insurance carrier in advance of the May 15 conference.

      Very truly yours,

      */s/ Andrew C. Sayles*

      Andrew C. Sayles

ACS/acs

cc:    Lewis Adler, Esq.